UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                      Criminal No. 22-mj-30080

William Gilbert,

    Defendant.

---

# MOTION AND BRIEF FOR LEAVE TO DISMISS COMPLAINT WITHOUT PREJUDICE

---

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for leave to dismiss without prejudice the complaint against *Defendant* William Gilbert. In this case, the government needs additional time

1) to develop and obtain evidence sufficient to establish defendant's guilt beyond a reasonable doubt;

2) to investigate the full extent of the offenses in question and identify all other individuals who should be held criminally responsible for the offense; or

3) to decide whether criminal prosecution of defendant for the offenses in question is in the public interest.

*See generally United States v. Lovasco*, 431 U.S. 783, 790-96 (1977); 18 U.S.C. § 3161(d)(1). The government's ability to prosecute this case properly would be

substantially impaired were it required to proceed to indictment or information within the 30-day period prescribed by the Speedy Trial Act, *see* 18 U.S.C. §§ 3161(b), 3161(h).  Accordingly, the government requests leave to dismiss the complaint without prejudice.

                                                Respectfully submitted,

                                                DAWN N. ISON
                                                United States Attorney

                                                *s/Karen L. Reynolds*
                                                Karen L. Reynolds
                                                Assistant United States Attorney
                                                211 W. Fort Street, Suite 2001
                                                Detroit, MI  48226
                                                karen.reynolds@usdoj.gov
                                                (313) 226-9672

Dated:  December 27, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, December 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to parties authorized to receive electronically Notices of Electronic Filing

<u>s/Karen L. Reynolds</u>
Karen L. Reynolds
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
karen.reynolds@usdoj.gov
(313) 226-9672

Dated: December 27, 2023